# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 28, 2014

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

148618

SHAWN F. KINNE,
        Plaintiff-Appellant,

v

                                       SC: 148618
                                       COA: 316424
                                       MCAC: 11-000128

HB EMPLOYMENT SERVICES/OUTDOOR
ADVENTURES,
        Defendant-Appellee.

_____/

      On order of the Court, the application for leave to appeal the December 18, 2013 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 28, 2014                    

t0324                                         Clerk